IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sternback, Bonnie C

Printed: 7/22/08

Case Number: 05 B 22411
Judge: Goldgar, A. Benjamin
Filed: 6/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 20, 2008
Confirmed: July 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 83,743.16 |  |
| Secured: |  | 7,316.58 |
| Unsecured: |  | 61,926.50 |
| Priority: |  | 1,135.41 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,903.59 |
| Other Funds: |  | 6,761.08 |
| Totals: | 83,743.16 | 83,743.16 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | ECast Settlement Corp | Secured | 1,008.39 | 1,008.39 |
| 3. | Volkswagon Credit | Secured | 6,308.19 | 6,308.19 |
| 4. | Internal Revenue Service | Priority | 1,135.41 | 1,135.41 |
| 5. | Nordstrom | Unsecured | 4,194.96 | 4,194.96 |
| 6. | ECast Settlement Corp | Unsecured | 18,818.55 | 18,818.55 |
| 7. | ECast Settlement Corp | Unsecured | 15,167.66 | 15,167.66 |
| 8. | Resurgent Capital Services | Unsecured | 8,503.49 | 8,503.49 |
| 9. | Internal Revenue Service | Unsecured | 6.56 | 6.56 |
| 10. | ECast Settlement Corp | Unsecured | 2,085.24 | 2,085.24 |
| 11. | ECast Settlement Corp | Unsecured | 13,150.04 | 13,150.04 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 73,078.49 | $ 73,078.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 206.71 |
| 5.5% | 1,136.78 |
| 5% | 344.49 |
| 4.8% | 661.39 |
| 5.4% | 1,545.39 |
| 6.5% | 8.83 |
|  | $ 3,903.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Sternback, Bonnie C | Case Number:  05 B 22411 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/22/08 | Filed:  6/6/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

